# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# CIVIL DIVISION

| | |
|---|---|
| KENDRICK DOUGLAS<br>And RANDALL COOKE,<br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF PRISONS,<br><br>CHARLES SAMUELS, JR, in his official capacity as Director of the United States Bureau of Prisons;<br><br>IKE EICHENLAUB, in his official capacity as Regional Director of the United States Bureau of Prisons Mid-Atlantic Region;<br><br>and<br><br>SARA M. REVELL, Warden, FCC Butner, and TRACY W. JOHNS, Warden, FCI Butner Medium,<br><br>    Defendants. | Civil Action No. 5:12-ct-03020<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that per Rule 83.1(e), Philip Fornaci enters his appearance for plaintiffs as an attorney not admitted in this district. He is practicing in association with the undersigned member of the bar of this court, Steven Edelstein.

Mr. Fornaci is a member in good standing of the bar(s) of the Court of Appeals of Maryland. He neither resides in North Carolina nor is regularly engaged in the practice of law here.

Date: January 24, 2012

Respectfully submitted,

WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL
RIGHTS & URBAN AFFAIRS
/s/ Philip Fornaci
Washington Lawyers' Committee
for Civil Rights & Urban Affairs
11 Dupont Circle, N.W. Suite 400
Washington, D.C. 20036
T: 202-319-1000
F: 202-319-1010
philip_fornaci@washlaw.org


STEVEN EDELSTEIN

/s/ Steven Edelstein
NC Bar No. _____
Edelstein & Payne
P.O. Box 28186
Raleigh NC 27611
T: (919) 828-1456
F: (919) 828-4689
steven@edelsteinpayne.com


*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that today I caused true and correct copies of the foregoing paper to be served by U.S. mail, postage prepaid to:

Office of the United States Attorney
Attn: Civil Process Clerk
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, North Carolina 27601-1461

U.S. Department of Justice
Attn: Eric Holder, Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Federal Bureau of Prisons
320 First St., NW
Washington, DC 20534

Federal Bureau of Prisons
Attn: Charles Samuels, Jr., Acting Director
320 First St., NW
Washington, DC 20534

Mid Atlantic Regional Office
Attn: Ike Eichenlaub, Regional Director
Federal Bureau of Prisons
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701

Butner Medium I FCI
Attn: Tracy Johns, Warden
P.O. 1000
Butner, NC 27509

Butner Medium I FCI
Attn: Sara Revell, Warden
P.O. 1000
Butner, NC 27509

Date: January 24, 2012        /s/ Philip Fornaci