IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CT-3020-D

| | | |
|---|---|---|
| RANDLE COOKE and KENDRICK DOUGLAS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT |
| UNITED STATES BUREAU OF PRISONS, et al., | ) ) ) | |
| Defendants. | ) | |

Defendants, by and through the United States Attorney for the Eastern District of North Carolina, move this Court for a 14-day extension of time to answer or otherwise respond to Plaintiffs' Complaint. [DE-1]. In support of this motion, Defendants state the following:

1. On February 27, 2013, the Court issued an Order in part and denying in part Defendants' Motion to Dismiss. [DE-39]. Pursuant to the Federal Rules of Civil Procedure, Defendants currently must answer or otherwise respond on or before March 13, 2013.

2. Defendants request an extension of time of 14 days to prepare a full answer or other response to the remaining claims in Plaintiff's Complaint. This extension will allow Defendants to acquire the information necessary.

3. Counsel for Plaintiffs does not oppose the relief sought.

4. Defendants do not make this motion for purposes of delay.

WHEREFORE, Defendants ask the Court for an extension until March 27, 2013, to answer or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted, this 12th day of March, 2013.

                                        THOMAS G. WALKER
                                        United States Attorney

                                        By:  /s/ Seth M. Wood
                                               SETH M. WOOD
                                        Attorney for Respondent
                                        Assistant United States Attorney
                                        Civil Division
                                        310 New Bern Avenue, Suite 800
                                        Raleigh, NC 27601-1461
                                        Telephone: (919) 856-4530
                                        Facsimile: (919) 856-4821
                                        E-Mail: seth.wood@usdoj.gov
                                        D.C. Bar No.  491011

CERTIFICATE OF SERVICE

I do hereby certify that I have this 12th day of March, 2013, served a copy of the foregoing upon the below-listed parties electronically and/or by placing a copy in the U.S. Mail, addressed as follows:

Douglas Baruch
Karen Soares
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th St, NW
Washington, DC 20006

Ivy A. Finkenstadt
Philip J. Fornaci
Elizabeth Elaine Gardner
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, Nw, Suite 400
Washington , DC 20036

Steven R Edelstein
Edelstein and Payne
P.O. Box 28186
315 East Jones St
Raleigh, NC 27601

/s/ Seth M. Wood
SETH M. WOOD
Attorney for Respondent
Assistant United States Attorney
Civil Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-Mail: seth.wood@usdoj.gov
D.C. Bar No. 491011